**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 04 2015

JAMES N. HATTEN, Clerk
BY: _____
Deputy Clerk

_Abigail Gumbs_
(Print your full name)

       Plaintiff *pro se*,

    v.

_Department of Human Resources_

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

       Defendant(s).

CIVIL ACTION FILE NO.

**1:15-CV-2017**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.   This employment discrimination lawsuit is brought under (check only those that apply):

    ✓

        Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e <u>et seq.</u>, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

            **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.   Plaintiff.   Print your full name and mailing address below:

Name      Abigail Gumbs

Address    1581 Cherry Hill Road SW

Conyers, GA 30094

4.   Defendant(s).   Print below the name and address of each defendant listed
on page 1 of this form:

Name      Department of Human Resources

Address    2 Peachtree Street, NW #29-250

Atlanta, GA 30303

Name      _____

Address    _____

_____

Name      _____

Address    _____

_____

## Location and Time

5.   If the alleged discriminatory conduct occurred at a location different from the
address provided for defendant(s), state where that discrimination occurred:

Newton County DFCS - Fulton County DFCS -

Rockdale County DFCS

Page 3 of 9

6.    When did the alleged discrimination occur?  (State date or time period)

November 2006 – June 2009 Employment History
November 2006 – Febuary 2015 Employment Interviews

_____

_____

## **Administrative Procedures**

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or
any other federal agency?          _____ Yes          ✓ No

        If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

        _____ Yes          ✓ No

        If you checked "Yes," attach a copy of that letter to this complaint and
        state the date on which you received that letter:
        _____

9.    If you are suing for **age discrimination,** check one of the following:

        _____    60 days or more have elapsed since I filed my charge of age
                   discrimination with the EEOC

        _____    Less than 60 days have passed since I filed my charge of age
                   discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        ✓ No        _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        ✓ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## **Nature of the Case**

12.  The conduct complained about in this lawsuit involves (check only those that apply):

    ✓    failure to hire me
        failure to promote me
        demotion
        reduction in my wages
    ✓    working under terms and conditions of employment that differed from similarly situated employees
    ✓    harassment
        retaliation
    ✓    termination of my employment
    ✓    failure to accommodate my disability
        other (please specify) _____

13.  I believe that I was discriminated against because of (check only those that apply):

    ✓    my race or color, which is  **ba black**
        my religion, which is _____
        my sex (gender), which is ____ male ____ female
        my national origin, which is _____
        my age (my date of birth is _____ )
    ✓    my disability or perceived disability, which is:

    **mental illness**

    ✓    my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

        other (please specify) _____

14.   Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Wrongful termination
Sexual harassment
Humiliation
Invasion of Privacy
Physical Harassment
Emotional Distress
Discrimination
Failure to accommodate my disability
Negligent unethical practices by the department
Failure to provide adequate consistent organizational polic
Deprivation of career opportunity - Fail to hire
① My ongoing struggle with my sickness and disability
Economic loss

Please refer to attachment 1

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15.   **Plaintiff**   ✓      still works for defendant(s)
                              **no longer works for defendant(s) or was not hired**

16.   **If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?** ✓ Yes _____ No

      If you checked "Yes," please explain: June 2009, Fulton
      County DFCS refused to accommodate my disability.
      It was their decision to terminate employment
      after a period employment under theis unethical
      practices

17.   **If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?** ✓ Yes _____ No

## <u>Request for Relief</u>

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓      Defendant(s) be directed to State Tort Claims

_____

✓      Money damages (list amounts) 3 million per occurrences

_____

✓      Costs and fees involved in litigating this case

✓      Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __2__ day of __June__ , 20 __15__

_____
(Signature of plaintiff *pro se*)

Abigail Gumbs
(Printed name of plaintiff *pro se*)

1581 Cherry Hill Road SW
(street address)

Conyers, GA 30094
(City, State, and zip code)

abigailgumbs@gmail.com
(email address)

770-785-7521
(telephone number)

Page 9 of 9

Department of Human Resources refused to accommodate my disability. They are responsible for the onset and progression of my disability. Over a time period of nine years struggled with the negative treatment by the department's employees.

- Wrongful termination
- Sexual harassment
- Humiliation
- Invasion of Privacy
- Physical Harassments
- Emotional Distress
- Discrimination
- Failure to accommodate my disability
- Negligent unethical practices
- Failure to provide adequate consistent organization policies and procedures
- Deprivation of career opportunity - Fail to hire
- Ongoing struggle with my sickness and disability
- Economic loss

**Refuse to Accommodate my Disability (Wrongful Dismissal)**

After dedicating months of service Fulton County DFCS decided terminate my employment. It was during a transitioning period where our program was ending and we were about to begin a new position. I believe that the director made an irresponsible decision to terminate my employment. I became disable and my medical treatments prohibits the use of legal recourse.

After my employment with the department I began to struggle with involuntary institutionalization. I developed communication barriers, living expenses, and low self-esteem. I believed that my opinions and values were disregarded. It is difficult for me to regain my professional status as a qualified college graduate. I believe the department is responsible. I believe they could have select a better team of qualified individuals. I believe my supervisor could have addressed the sexual harassment when it became a public display. I believe the federal E&T program isolated and created an environment for discrimination.

**Sexual Harassment (Defamation and Humiliation)**

I was sexually harassed by a male coworker. By policy, in the employee handbook, it is prohibited.

I failed to file a sexual harassment complaint against him. I never brought this matter to the attention of management.

I endured his unwelcoming sexual advances. He became a violent target to my emotions. He teased and harassed me about for being ugly. He pointed out, on a regular basis, skin lesions under neat my chin where facial hairs grows. It was constant rejection. It was a public display at the office. He was the coworker from my previous history at Newton County DFCS. He complains about my slowness. He teases me about my ugliness. He is difficult to face. He was the greatest shame of my career. He made me very sick. He was very influential. It was non-stop torture.

I was uncomfortable discussing my encounters with my immediate supervisor. As an employee of the temporary federal program I was also uncomfortable filing a complaint with the personnel department. The federal E&T program was independently operating as a private contract. I felt like I had no state benefits as outlined in the employee handbook.

He created an intimidating hostile and offensive working environment. I believe that it had an impact on my working performance and my mental health.

I believe that my supervisor is aware of my encounters with the male coworker.

**Discrimination Complaint (Failure to Enforce Adequate Organizational Procedure and Policy)**

I filed a complaint of discrimination with my immediate supervisor. I reported a female coworker for harassment. This female coworker raises her voice in a tone that is inappropriate. She discriminates against me hinting that I may appear slow to her. Her conclusion on my personality is based on what she may have heard from the male coworker. The male coworker was an employees at the same office that terminated my employment. I have reason to believe that the gossip from Newton County DFCS may have leaked over to Fulton County DFCS. They believe that I am slow because of my termination during the training period.

Under extreme pressure I decided to submit a letter of resignation to my immediate supervisor. I complained about my unbearable working conditions with new coworkers. I told her that I did not want to work with her because of the harassment.

My supervisor offered to transfer me to another office location and asked me to continue employment with the department.

My issues with the female coworker decrease but I was still having issues with the male coworker.

I became ashamed to report the male and my issues with him continued until the very end. I began to have negative symptoms and I decided to seek treatment.

### Wrongful Termination (Wrongful Deprivation of Career Opportunities)
Newton county was an unethical and discriminatory termination. Upon termination, I was told that I will never be a case worker ever again. It was a termination without warning or reason. I suffered emotional turmoil thinking about the events that took place. I was also the gossip around the office. I believed that they terminated me because they felt that I was slow.
Fulton County refused to accommodate my disability after disclosing my mental breakdown.

### Harassment (Humiliation)
I was sexually harassed by a male coworker at Fulton County DFCS. He was an employee that was familiar with my circumstances at Newton County DFCS. He was a Case Manager that was employed by both Newton County and Fulton County while I was there. He was one of the managers that gossiped at both offices. He teased me. I was ugly to him. I had skin lesions under my chin where facial hair grows. He made me very miserable. He made me sick. I was physically harassed by female coworker at Fulton County DFCS. She was known for her attitude and her disrespectful tone. I reported her on several occasions. She also made me sick. I believe that it is her assumption that I am slow. My chemistry with my coworkers brought me great emotional turmoil.

### Discrimination (Invasion of Privacy)
My harassment is my discrimination. I believed that it is their assumption that I am slow. My history with the male coworker may have exposed personal details in my employment history.

### Fail to Rehire  (Wrongful Employee Evaluations)
Newton County stated that I will never again be able to be a case worker. I believe that my employment record with them is falsely reported. Again, I was terminated without reason or warning. The gossip around the office is that I was slow. However, in a meeting with my supervisor I reported a conflict with a coworker. They sided with my coworker and began immediate action towards termination. My coworker may have revealed personal information that I shared. In the end, they were unaware of my true circumstance.

### Negligent and Unethical Practices (Failure to Provide Adequate and Consistent Organizational Policies and Procedures)

- The food stamp employment and training program (FSET) was under staff and under paid.

- It was limited in opportunities for advancement with no medical benefits

- Our duties were conflicting and unclear

- Our responsibilities were more heavier than natural

- There was no successful foundation

- Overwork day was a common source of confusion

- Permanent employees on the state budget discriminated

- There coworker harassment.

- I became sick. Then I decided to seek treatment. My treatment allows no opportunity for legal recourse. I became crippled.